**Fill in this information to identify the case:**

Debtor 1  William Joseph White

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  17-11743

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank NA, as S/B/M to First Niagara Bank, NA

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:  7 2 2 8

**Date of payment change:**
Must be at least 21 days after date of this notice   06/01/2017

**New total payment:**   $ 512.67
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 202.74         New escrow payment: $ 205.64

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor 1   William Joseph White
           First Name   Middle Name   Last Name

Case number *(if known)* 17-11743

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lesya Puts
Signature

Date 05/10/2017

Print:   Lesya Puts
         First Name   Middle Name   Last Name

Title   Bankruptcy Specialist

Company   KeyBank NA

Address   4910 Tiedeman Road
          Number      Street

          Brooklyn                OH       44144
          City                    State    ZIP Code

Contact phone   877-338-9436

Email   bk_specialists@keybank.com



KeyBank
Mortgage Loan Servicing
4910 Tiedeman Rd
OH-01-MS-SER1
Brooklyn, OH 44144

Page 1 of 4



## ESCROW ACCOUNT
## DISCLOSURE STATEMENT
(IF YOU HAVE NOT RECEIVED A COUPON BOOK OR BILLING STATEMENT IT WILL ARRIVE SHORTLY, UNLESS YOU ARE ON AUTODRAFT.)

JILL D WHITE
WILLIAM J WHITE
205 LAMMEY RD
ELVERSON PA 19520-9475

PLEASE REVIEW THIS STATEMENT CLOSELY-YOUR MORTGAGE PAYMENT MAY BE AFFECTED
Please retain this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM Apr 2016 THROUGH Jun 2017 (LAST YEAR'S PROJECTIONS ARE NEXT TO THE ACTUAL ACTIVITY.)

LOAN NUMBER:    xxxxxxxx7228    Apr 2016 THRU Jun 2017    DATE: 04/13/16

PAST YEARS PAYMENTS BREAKDOWN:
PRINCIPAL & INT       $307.03
ESCROW                $202.74
ADJUSTMENT            $0.00
TOTAL PAYMENT:        509.77

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | | 960.83 | 3115.61 |
| APR | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -3115.61 |
| MAY | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -3115.61 |
| JUN | 202.74 | 0.00 | 0.00 | | 0.00 | | 1163.57 | -3115.61 |
| JUL | 202.74 | 0.00 | 0.00 | | 0.00 | | 1366.31 | -3115.61 |
| AUG | 202.74 | 0.00 | 1163.57 | SCHOOL TAX | 1188.00 | * SCHOOL TAX | 405.48 | -4303.61 |
| SEP | 202.74 | 0.00 | 0.00 | | 0.00 | | 608.22 | -4303.61 |
| OCT | 202.74 | 0.00 | 0.00 | | 0.00 | | 810.96 | -4303.61 |
| NOV | 202.74 | 0.00 | 0.00 | | 0.00 | | 1013.70 | -4303.61 |
| DEC | 202.74 | 0.00 | 0.00 | | 0.00 | | 1216.44 | -4303.61 |
| JAN | 202.74 | 0.00 | 0.00 | | 155.12 | * COUNTY | 1419.18 | -4458.73 |
| FEB | 202.74 | 0.00 | 0.00 | | 636.00 | * HAZARD INS. | 1621.92 | -5094.73 |
| MAR | 202.74 | 0.00 | 147.81 | COUNTY | 488.52 | CITY TAX | 1676.85 | -5583.25 |
|  | 0.00 | | 488.52 | CITY TAX | | | 1188.33 | |
| APR | 202.74 | 0.00 | 633.00 | HAZARD INS. | 0.00 | | 758.07 | -5583.25 |
|  | 0.00 | 202.74 | 0.00 | | 0.00 | | 0.00 | -5380.51 |
| MAY | 202.74 | 0.00 | 0.00 | | 0.00 | | 960.81 | -5380.51 |
|  | 0.00 | 202.74 | 0.00 | | 0.00 | | 0.00 | -5177.77 |
|  | 0.00 | 6436.06 | 0.00 | | 0.00 | PROJECTED PAYMENT | 0.00 | 1258.29 |
| TOTALS: | 2432.88 | 6841.54 | 2432.90 | | 2467.64 | | | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING $2,432.90. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED $405.48 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT. YOUR ACTUAL LOWEST ESCROW BALANCE WAS $0.00.
AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-422-2442.

(Continued on Reverse side of Page)



NAME:    JILL D WHITE

Continue of Account:    xxxxxxxx7228
For ESCROW DISCLOSURE STATEMENT

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- PROJECTIONS

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

LOAN NUMBER:   xxxxxxxx7228            Jun 2017   THRU   2018            DATE:   04/13/16

********* PROJECTED ESCROW DISBURSEMENTS ****

| | |
|---|---|
| CITY TAX | 488.52 |
| SCHOOL TAX | 1188.00 |
| HAZARD INS. | 636.00 |
| COUNTY | 155.12 |

TOTAL PROJECTED ESCROW DISBURSEMENTS:    2467.64    ESCROW PAYMENT CALCULATION:    2467.64 / 12 = 205.64

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ESCROW BALANCE REQUIRED | ACTUAL |
|---|---|---|---|---|---|
| STARTING BALANCE | | | | 982.36 | 1258.29 |
| JUN | 205.64 | 0.00 | | 1188.00 | 1463.93 |
| JUL | 205.64 | 0.00 | | 1393.64 | 1669.57 |
| AUG | 205.64 | 1188.00 | SCHOOL TAX | 411.28 | 687.21 |
| SEP | 205.64 | 0.00 | | 616.92 | 892.85 |
| OCT | 205.64 | 0.00 | | 822.56 | 1098.49 |
| NOV | 205.64 | 0.00 | | 1028.20 | 1304.13 |
| DEC | 205.64 | 0.00 | | 1233.84 | 1509.77 |
| JAN | 205.64 | 0.00 | | 1439.48 | 1715.41 |
| FEB | 205.64 | 0.00 | | 1645.12 | 1921.05 |
| MAR | 205.64 | 155.12 | COUNTY | 1695.64 | 1971.57 |
|   | 0.00 | 488.52 | CITY TAX | 1207.12 | 1483.05 |
| APR | 205.64 | 636.00 | HAZARD INS. | 776.76 | 1052.69 |
| MAY | 205.64 | 0.00 | | 982.40 | 1258.33 |
| TOTALS: | 2,467.68 | 2,467.64 | | | |

CUSHION SELECTED BY SERVICER:    $411.28

YOUR ENDING BALANCE,FROM THE LAST MONTH OF THE ACCOUNTING HISTORY,IS $1,258.29.YOUR REQUIRED BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $982.36 .THIS MEANS YOU HAVE A SURPLUS OF $275.93. THIS SURPLUS MUST BE RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.WE HAVE DECIDED TO RETAIN THE SURPLUS BECAUSE OF DELINQUENCY.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

NAME:    JILL D WHITE

Continue of Account:    xxxxxxxx7228
For ESCROW DISCLOSURE STATEMENT

**BELOW IS YOUR NEW MONTHLY PAYMENT BREAKDOWN FOR THE NEXT 12 MONTHS EFFECTIVE 6/01/17**

| | |
|---|---|
| PRINCIPAL & INT | 307.03 |
| ESCROW | 205.64 |
| ADJUSTMENT | 0.00 |
| **TOTAL** | **512.67** |

Hazard/Flood Insurance-You must carry hazard insurance in accordance with the terms of your loan. Flood insurance is required if your property is located in a special flood hazard area, as determined by the federal government. The mortgagee clause on your insurance policy must read as follows: KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If you loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. This insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact Loan Servicing upon receipt of a settlement check and estimate of damage. Settlement checks will include the Bank as payee.

Property Taxes- We are not notified by taxing authorities of changes of assessment or exemptions. It is important for you to notify us of any changes so we can adjust your escrow accordingly. If you receive a tax bill, please send it to KeyBank National Association, 4910 Tiedeman Rd, OH-01-MS-SER3, Brooklyn, OH 44144. Attn: Escrow Servicing. If you have any questions regarding your account, please call Escrow Servicing at 1-800-422-2442.

Escrow Shortage/Deficiency- You have the option of paying the escrow shortage/deficiency in order to reduce your new mortgage payment by the amount of the Adjustment. Please mail the escrow shortage/deficiency payment to KeyBank National Association, 4910 Tiedeman Rd, OH-01-MS-SER3, Brooklyn, OH 44144. Attn: Escrow Servicing. Please reference your loan number on the check.

**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re ) | |
| ) | Chapter 13 No 17-11743 |
| William Joseph White ) | |
| ) | Judge: Eric L. Frank |
| Debtors ) | |
| ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2017, a copy of the foregoing Notice was issued electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System and by U.S. mail, postage prepaid:

William Joseph White
P.O. Box 4
Morgantown, PA 19543
CHESTER - PA
(Debtor)

Shawn J. Lau
Lau & Associates
4228 St. Lawrence Ave
Reading, PA 19606
(610) 370-2000
Shan_lau@msn.com
(Attorney for Debtors)

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411
USTPRegion03.PH.ECF@usdoj.gov
(U.S. Trustee)

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
215-627-1377
(Trustee)

                                            By: /s/ Lesya Puts
                                            Bankruptcy Specialist
                                            KeyBank N.A.