# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William Joseph White aka William J. White<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| KEY BANK NATIONAL ASSOCIATION<br>　　　　　　　　Movant<br>　　vs. | NO. 17-11743 ELF |
| William Joseph White aka William J. White<br>　　　　　　　　　　Debtor | |
| Jill White　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　　Trustee | |

## ORDER

AND NOW, this  18th day of July  , 2017 upon failure of Debtor and the Trustee to file an Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay and the Codebtor Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 568 Coates Street, Coatesville, PA 19320 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

William Joseph White aka William J. White
PO Box 4
Morgantown, PA 19543

Jill White
568 Coates Street
Coatesville, PA 19320

Shawn J. Lau, Esq.
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532