# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William Joseph White aka William J. White<br>　　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　Movant<br>　　vs.<br>William Joseph White aka William J. White<br>　　　　　　Debtor | NO. 17-11743-elf |
| Jill D. White<br>　　　　Non-Filing Co-Mortgagor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esq.<br>　　　　Trustee | |

## ORDER

AND NOW, this 16th day of August, 2017, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 205 Lammey Road, Elverson, PA 19520 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**