## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Joseph White a/k/a William J. White<br>　　　　　Debtor<br><br>NATIONSTAR MORTGAGE LLC<br>　　　　　Movant<br>　　vs.<br><br>William Joseph White a/k/a William J. White<br>　　　　　Debtor | CHAPTER 13<br><br><br><br><br>NO. 17-11743 ELF<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection of NATIONSTAR MORTGAGE LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about June 19, 2017 (Doc. No. 22).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

August 22, 2017