Certificate Number: 17572-PAE-DE-036500513

Bankruptcy Case Number: 17-11743



17572-PAE-DE-036500513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2022, at 2:52 o'clock PM PDT, William J White completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 25, 2022

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor