United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11743-elf |
| William Joseph White | Chapter 13 |
| William Joseph White | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph White, MAILING ADDRESS, PO Box 4, Morgantown, PA 19543-0004 |
| db | + | William Joseph White, 463 California Road, Morgantown, PA 19543-9448 |
| 13889454 | + | Aardvark Animal Hospital, 139 Wallace Avenue, Downingtown, PA 19335-2640 |
| 13889455 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13889456 | | Brandywine Hospital, 601 Reeceville Road, Coatesville, PA 19320 |
| 13881731 | + | Catherine H. Voit, Esquire, 1221 West Chester Pike, West Chester, PA 19382-5672 |
| 13889457 | + | Charles Blosenski Disposal co, LLC, 265 Lippitt Road, Honey Brook, PA 19344-9605 |
| 13881732 | + | Chester County Tax Claim Bureau, 313 West Market Street, West Chester, PA 19382-2804 |
| 13964952 | + | City of Coatesville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13881733 | + | City of Coatesville, One City Hall Place, Coatesville, PA 19320-3446 |
| 13889460 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13889461 | | First Niagara Bank, NA, PO Box 89446, Cleveland, OH 44101-6446 |
| 13881736 | | Jill White, 2049 Route 313 Dublin Pike, Quakertown, PA 18951 |
| 13889462 | | John H. Chidester MD, 254 W. Lancaster Ave, Ste 2, Malvern, PA 19355-3087 |
| 13881737 | + | KML Law Group, P.C., Suite 5000 BNY Mellon Indep. C, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13975616 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 13889464 | + | Maura Howard, 60 Hill Brooke Dr., Honey Brook, PA 19344-1250 |
| 13889465 | | Medical Data Systems, Inc., 20019th Ave Ste 312, Vero Beach, FL 32960 |
| 13881739 | + | Nationstar Mortgage LLC, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 13889470 | + | PPL Electric Utilities, 2 North 9th Street CPC-Genn1, Allentown, PA 18101-1179 |
| 13936637 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 13889467 | + | Paoli Hospital, 255 W. Lancaster Ave, Paoli, PA 19301-1793 |
| 13889468 | | Paoli Hospital Patient Payments, PO Box 784876, Philadelphia, PA 19178-4876 |
| 13889469 | | Physician Billing Office, PO Box 102388, Atlanta, GA 30368-2388 |
| 13881741 | + | Portnoff Law Assicates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14040614 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13889471 | + | St. Joseph Medical Center, Patient Financial Services, 2870 Stoner Court Ste 300, North Liberty, IA 52317-9157 |
| 13889472 | | St. Joseph Medical Group, PO Box 102386, Atlanta, GA 30368-2388 |
| 13889475 | | St. Joseph Regional Health Network, PO Box 4545, Lancaster, PA 17604-4545 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13889455 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13889459 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:24 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 13881734 | | Email/Text: fnb.bk@fnfg.com | Apr 27 2022 00:05:00 | First Niagara Bank, PO Box 514, 6950 S. Transit Rd., Lockport, NY 14095-0514 |
| 13881735 | + | Email/Text: fnb.bk@fnfg.com | Apr 27 2022 00:05:00 | First Niagara Bank, N.A., 726 Exchange Street, Suite 106, Buffalo, NY 14210-1461 |
| 13889458 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19344 |
| 13889463 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 27 2022 00:05:00 | Key Bank, NA, PO Box 89438, Cleveland, OH 44101-6438 |
| 13885074 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 27 2022 00:05:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 13940474 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13945058 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 00:05:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 13881738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 00:05:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13881740 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 27 2022 00:05:00 | PECO Engery, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13956455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14040614 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 27 2022 00:05:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13889476 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:18 | The Home Deport/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13889477 | + | Email/Text: BAN5620@UCBINC.COM | Apr 27 2022 00:05:00 | United Collection Bureau Inc., 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13889466 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor City of Coatesville jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Key Bank National Association bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Key Bank National Association bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SHAWN J. LAU
    on behalf of Debtor William Joseph White shawn_lau@msn.com  g61705@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William Joseph White
        Debtor(s)

Case No: 17−11743−elf
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22

64 − 58
Form 138OBJ